No. 78–479.   EDMONDS v. COMPAGNIE GENERALE TRANSATLANTIQUE, 443 U. S. 256.   Motion to defer consideration and petition for rehearing denied.   MR. JUSTICE POWELL took no

part in the consideration or decision of this motion and petition.